In the Matter of the Application of HARRY VOORHIES, Respondent, for an Order Canceling Certain Judgments. GEORGE W. ELLIS, Appellant.

*Matter of Voorhies*, 150 App. Div. 904, affirmed.
(Argued January 8, 1913; decided January 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1912, which affirmed an order of Special Term canceling and discharging of record, under section 150 of the Debtor and Creditor Law, a judgment against the respondent herein, a discharged bankrupt.

*Alton B. Parker* and *George W. Simpson* for appellant.

*Allen S. Wrenn* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Dissenting: WERNER, J.